ALFRED COLE, Stockholder, etc., Respondent, v. AMERICAN BLIND STITCH MACHINE COMPANY, INC., and Others, Defendants, Impleaded with CHARLES A. DEARBORN, Appellant.— Order affirmed, with ten dollars costs and

disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.